

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

May 25, 2021

**BY ECF**

**MEMO ENDORSED**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Jason Sager,* S11 17 Cr. 243 (SHS)

Dear Judge Stein:

The Government respectfully submits this letter to request, with the consent of the defendant, that the sentencing proceeding presently scheduled for May 27, 2021, be adjourned to a date and time convenient to the Court in or after November 2021, in light of the current status of related proceedings and the anticipated timeline of their resolution.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By: _____
Kiersten A. Fletcher
Robert B. Sobelman
Assistant United States Attorneys
(212) 637-2238 / 2616

Cc: Thomas Rotko, Esq.

**The sentencing is adjourned to November 30, 2021, at 2:30 p.m. The defense submissions are due by November 9, the government submissions are due by November 16, 2021.**

Dated: New York, New York
May 25, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.