

305 Madison Avenue
New York, NY 10165
T: 212-922-1080
F: 212-949-8255

Thomas C. Rotko
Partner
rotko@clayro.com

June 4, 2021

VIA ECF
Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

Re: United States v. Jason Sager
S11 17 CR 243 (SHS)

Dear Judge Stein:

    I am the attorney for Jason Sager, the defendant in the above-referenced case. Mr. Sager's presentment was on March 11, 2019. At his presentment, the Court restricted Mr. Sager's travel to the Southern and Eastern Districts of New York, the Southern District of Florida, the District of Columbia, and points in between for purposes of travel, among other conditions. Mr. Sager presently resides in South Florida, and he is supervised by Pretrial Services there. He is compliant with the conditions of his pretrial release.

    I write with the consent of the government to respectfully request that the Court modify Mr. Sager's bail conditions to permit him to travel within the continental United States. Any travel outside of the continental United States would still require the approval of the Court.

    I have conferred with Kiersten Fletcher, the Assistant United States Attorney responsible for this case, and she has authorized me to inform the Court that the government has no objection to this request. I have also conferred with Jimmy Navarro, Mr. Sager's Pretrial Services Officer. Mr. Navarro has authorized me to inform the Court that Pretrial Services has no objection to this request, but requests that Mr. Sager provide 48 hours notice to Pretrial Services of any travel outside the Southern District of Florida.

Respectfully submitted,

/s/

Thomas C. Rotko

cc: AUSA Kiersten Fletcher (by ECF)
PTS Officer Jimmy Navarro (by email)

**Defendant's request to travel within the continental United States is granted. Defendant shall notify his probation officer within 48 hours of any travel outside the Southern District of Florida.**

Dated: New York, New York
June 4, 2021

SO ORDERED

Sidney H. Stein, U.S.D.J.