

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 11, 2021

**BY ECF**             **MEMO ENDORSED**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    **Re:**    *United States v. Jason Sager,* **S11 17 Cr. 243 (SHS)**

Dear Judge Stein:

    The Government respectfully submits this letter to request, with the consent of the defendant, that the sentencing proceeding presently scheduled for November 30, 2021, be adjourned to a date and time convenient to the Court in or after April 2022, in light of the current status of related proceedings and the anticipated timeline of their resolution.

                                     Respectfully submitted,

                                       DAMIAN WILLIAMS
                                       United States Attorney for the
                                       Southern District of New York

                        By: _____
                              Kiersten A. Fletcher
                              Robert B. Sobelman
                              Sheb Swett
                              Assistant United States Attorneys
                              (212) 637-2238 / 2616 / 6522

Cc: Thomas Rotko, Esq.

**The sentencing is adjourned April 7, 2021, at 3:30 p.m.**

**Dated: New York, New York**
       **November 18, 2021**

                                     **SO ORDERED:**

                                     _____
                                     Sidney H. Stein, U.S.D.J.