Clayman Rosenberg
Kirshner & Linder LLP

305 Madison Avenue
New York, NY 10165
T: 212-922-1080
F: 212-949-8255

Thomas C. Rotko
Partner
rotko@clayro.com

January 20, 2023

VIA ECF
Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

Re: United States v. Jason Sager
S11 17 CR 243 (SHS)

Dear Judge Stein:

    I am the attorney for Jason Sager, the defendant in the above-referenced case. Mr. Sager was sentenced to, among other things, twelve months incarceration on November 1, 2022. He surrendered on January 6, 2023 to the facility designated by the Bureau of Prisons.

    At his presentment, the Court ordered Mr. Sager to surrender his U.S. Passport to Pretrial Services, which he did. His passport is still held by Pretrial Services in the Southern District of Florida, where Mr. Sager resided while his case was pending. I have been informed by Pretrial Services that in order to release Mr. Sager's passport to his family, Pretrial Services requires a court order authorizing it to do so. Otherwise, they will return his passport directly to the State Department.

    Accordingly, we write to respectfully request that the Court authorize and direct Pretrial Services to return Mr. Sager's passport to his wife, Orit Sager. I have conferred by email with a representative of Pretrial Services who instructed me to make this request in order to facilitate the return of Mr. Sager's passport.

    We thank the Court for its consideration of this request.

Very truly yours,

Thomas C. Rotko

cc: AUSA Robert Sobelman (by ECF)
Pretrial Services (by email)

**The request for Pretrial Services to return defendant's passport is granted.**

Dated: New York, New York
January 20, 2023

SO ORDERED:

Sidney H. Stein, U.S.D.J.