UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X
                            :

UNITED STATES OF AMERICA        :   **FINAL ORDER OF**
                            :   **FORFEITURE**

      -v.-                     :

                            :   S11 17 Cr. 243 (SHS)

JASON SAGER,                 :

          Defendant.       :

------------------------------------ X

WHEREAS, on or about November 2, 2022, this Court entered an Amended Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "Preliminary Order of Forfeiture") (D.E. 710), which ordered the forfeiture to the United States of all right, title and interest of JASON SAGER (the "Defendant") in the following property:

    a.  TD Bank, Account #4265424120, held in the name of WOM Distribution;

    b.  TD Bank, Account #4284074964, held in the name of WOM Distribution;

    c.  TD Bank, Account #4284074980, held in the name of WOM Distribution;

    d.  BrightStar Credit Union, Account #0000894260603, held in the name of Tax Pilot;

    e.  BrightStar Credit Union, Account #89426000, held in the name of Tax Pilot;

    f.  First National Bank of Long Island, Account #197002421, held in the name of DV Business Plans;

    g.  First National Bank of Long Island, Account #197002439, held in the name of DV Business Plans

    h.  First National Bank of Long Island, Account #197002447, held in the name of DV Business Plans;

    i.  Bank of America, Account #483073086429, held in the name of Sunrise Accounting;

    j.  Suffolk County National Bank, Account #410073209, held in the name of Ocean Business;

k.  BB&T Bank, Account #0000242201493, held in the name of Odyssey Tax and Accounting;

l.  TD Bank, Account #4350721514, held in the name of Empire;

m. Bank of America, Account #898077216408, held in the name of Spearhead Branding Inc.;

n.  any and all funds held on reserve by Vision Payment Systems for DV Business Plans, EIN: 47-3692891;

o.  any and all funds held on reserve by Total Apps for DV Business Plans, EIN: 47-3692891;

p.  any and all funds held on reserve by Vision Payment Systems for Tax Pilot, EIN: 47-5683968;

q.  any and all funds held on reserve by Quantum Electronic for Sunrise Accounting, EIN: 81-5066932;

r.  any and all funds held on reserve by Quantum Electronic for Spearhead Branding Inc., EIN: 81-3566175; and

s.  any and all funds held on reserve by Vision Payment Systems for Odyssey Tax and Accounting, EIN: 81-1158151;

(a. through s., collectively, the "Specific Property");

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). The Preliminary Order of Forfeiture further stated that the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on December 1, 2022, for thirty (30) consecutive days, through December 30, 2022, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on March 1, 2023 (D.E.742);

WHEREAS, on or about January 5, 2023, notice of the Preliminary Order of Forfeiture was sent by Certified Mail to Jonathan P. Mechlowe, Melville, NY 11747-1909 (the "Noticed Party");

WHEREAS, the Defendant and the Noticed Party are the only people and/or entities known by the Government to have a potential interest the Specific Property;

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property have been filed; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2).

3

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.     All right, title and interest in the Specific Property is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2.     Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Specific Property.

3.     The United States Customs and Border Protection (or its designee) shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
       March 1, 2023

SO ORDERED:

HONORABLE SIDNEY H. STEIN
UNITED STATES DISTRICT JUDGE

4