UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 17-Cr-243 (SHS) |
| -against- | : | <u>ORDER</u> |
| JASON SAGER | : | |
| Defendant. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

The Court has received defendant's letter dated February 26, 2024 requesting permission to travel [Doc. No. 769].

IT IS HEREBY ORDERED that permission is granted for defendant to travel domestically if all travel details are provided to his probation officer in advance of travel and the Probation Officer approves; international travel is approved for the 90th birthday of defendant's wife's grandmother if all travel details are provided to his probation officer in advance and the Probation Officer approves.

Dated: New York, New York
       March 4, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.