UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA,      :    17-Cr-243 (SHS)

     -v -           :    ORDER

JASON SAGER,           :

        Defendant.    :

--------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

The Court is in receipt of defendant's letter requesting early termination of supervised release [Doc. No. 783].

IT IS HEREBY ORDERED that the government shall respond to defendant's request on or before February 12, 2026.

The Clerk of Court is directed to mail a copy of this Order to Jason Sager at 3501 Magellan Cir. # 631, Aventura, FL 33180.

Dated: New York, New York
       February 5, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.