UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------x

UNITED STATES OF AMERICA,      :      17-Cr-243 (SHS)

       -v -             :      ORDER

JASON SAGER,            :

          Defendant.      :

--------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

The Court is in receipt of defendant's Request for Early Termination of Supervised Release dated January 22, 2026 [Doc. No. 783], the government's response dated February 12, 2026 [Doc. No. 786], and defendant's reply dated February 24, 2026 [Doc. 787]. The Court has made an individualized assessment of the factors set forth in 18 U.S.C. § 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), and (a)(4)-(a)(7), including the desirability of the Probation Department being able to monitor defendant's ongoing restitution payments to assist in his rehabilitation. After that review,

IT IS HEREBY ORDERED that the Court denies defendant's request for early termination of his supervised release.

Dated: New York, New York
       February 25, 2026

                          SO ORDERED:

                          Sidney H. Stein, U.S.D.J.